UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEONARD FLAGEL,

                Petitioner,        Case No. 2:14-cv-02
                                            HON. R. ALLAN EDGAR

v.

MITCH PERRY,

                Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated May 7, 2014, which recommended that the petition for writ of habeas corpus be dismissed because it is barred by the one-year statute of limitations. (Docket #7.)  Petitioner has not objected to the Report and Recommendation, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation dated May 7, 2014 (Docket #7) is **APPROVED AND ADOPTED** as the Opinion of this Court.

      **IT IS ORDERED** that the Petitioner's amended petition is **DENIED** because it is barred by the one-year statute of limitations.  (Docket # 6.)

      **IT IS FURTHER ORDERED** that a certificate of appealability be denied.

      A judgment consistent with this Order will be entered.

      **SO ORDERED.**


Dated:     8/11/2014                          /s/ R. Allan Edgar
                                                                 R. Allan Edgar
                                                                 United States District Court Judge